UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMINIO RODRIGUEZ,

        Plaintiff,

v.

TACO MIX LLC, TACO MIX II LLC, TACO MIX III LLC, TACO MIX BROOKLYN LLC, TACO MIX STATEN ISLAND LLC, JORGE SANCHEZ, ALEJO SANCHEZ, and JOANNA SANCHEZ,

        Defendants.

**ORDER**

21 Civ. 03644 (ER)

Ramos, D.J.:

    The Court is in receipt of the mediator's report that mediation was held and agreement was reached on all issues. *See* Doc. 27. The parties are therefore directed to submit their settlement for review in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by March 18, 2022.

    It is SO ORDERED.

Dated:  March 4, 2022
          New York, New York

                                              Edgardo Ramos, U.S.D.J.