

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

**MEMO ENDORSED**

March 21, 2022

The application is  X  granted
                   ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: March 21 2022
New York, New York

<u>Via ECF</u>
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

**Re:** *Rodriguez v. Taco Mix LLC, et al.*
**Civil Docket No.:** 7:21-cv-03644

Dear Judge Ramos:

    Our office represents Plaintiff in the above captioned matter. This letter is submitted jointly as a request for a two (2) week extension from March 18, 2022, to April 1, 2022, to submit the settlement agreement for Court approval under *Cheeks*. The basis for this request is that the parties recently finalized the settlement agreement and seek additional time to review the agreement with our clients prior to execution and submission of the same.

    We thank Your Honor kindly for your consideration of this request.

Very truly yours,

*/s/ Matthew Madzelan*
Matthew Madzelan, Esq.