

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

**MEMO ENDORSED**

April 1, 2022

The application is __X__ granted
____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: April 4, 2022
New York, New York

**Via ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

Re: *Rodriguez v. Taco Mix LLC, et al.*
Civil Docket No.: 7:21-cv-03644

Dear Judge Ramos:

    Our office represents Plaintiff in the above captioned matter. This letter is jointly submitted to request a two (2) week extension from April 1, 2022 to April 15, 2022, to submit the settlement agreement for Court approval under *Cheeks*. This is the second request for an extension.

    As to the status of the settlement, the proposed Settlement Agreement has been finalized, the Agreement has been executed by Plaintiff and the Parties' Cheeks motion has been prepared. Defendants' counsel has actively been attempting to contact Defendants to obtain signatures from each of the Defendants for the Agreement and anticipates having the same soon. As such, it is respectfully requested that a two-week extension be granted in order for all signatures to be obtained from Defendants.

    We thank Your Honor kindly for your consideration of this request.

Very truly yours,

*/s/ Matthew Madzelan*
Matthew Madzelan, Esq.