

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

**MEMO ENDORSED**

> The request for an extension is granted.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __May 9, 2022___
> New York, New York

<u>**Via ECF**</u>
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

       **Re:** *Rodriguez v. Taco Mix LLC, et al.*
       **Civil Docket No.: 7:21-cv-03644**

Dear Judge Ramos:

    Our office represents Plaintiff in the above referenced matter. This letter is submitted to request an extension to <u>May 13, 2022</u>, to submit a revised settlement agreement. The Parties have conferred and have agreed to proceed with the settlement under the terms directed by Your Honor and are in the process of completing a new agreement for submission.

    We thank Your Honor kindly for your consideration of this request.

                           Very truly yours,

                           */s/ Matthew Madzelan*
                         Matthew Madzelan, Esq.