UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMINIO RODRIGUEZ,

        Plaintiff,

        v.

TACO MIX LLC, TACO MIX II LLC, TACO MIX
III LLC, TACO MIX BROOKLYN LLC, TACO
MIX STATEN ISLAND LLC, JORGE SANCHEZ,
ALEJO SANCHEZ, and JOANNA SANCHEZ,

        Defendants.

**ORDER**

21 Civ. 03644 (ER)

Ramos, D.J.

      On April 15, 2022, the parties moved for approval of their settlement.  Doc. 33.  The

Court denied the motion without prejudice, finding the agreement, while otherwise fair and

reasonable, included an overly broad release provision and impermissible no re-hire and non-

disparagement provisions.  The Court advised the parties that they could (1) submit a revised

agreement, (2) abandon settlement and continue to trial, or (3) stipulate dismissal of the case

without prejudice.  Doc. 34 at 7.  The parties submitted a revised agreement on May 13, 2022,

having modified the release so that it is mutual, removed the no re-hire provision, and included

an exception for truthful statements in the non-disparagement provision.  Doc. 37-1.  The Court,

therefore, approves of the revised settlement agreement.

      The Clerk of Court is respectfully directed to close the case.

      It is SO ORDERED.

Dated:    May 17, 2022
          New York, New York

_____
EDGARDO RAMOS, U.S.D.J.