UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMINIO RODRIGUEZ,

                Plaintiff,

– against –

TACO MIX, LLC *et al*,

                Defendants.

**ORDER**

21-cv-3644 (ER)

Ramos, D.J.:

On May 17, 2022, the revised Settlement Agreement was approved and the case was closed. Doc. 38. On July 14, 2022, Plaintiff informed the Court that Defendants breached the Settlement Agreement by failing to make the first settlement installment payment within thirty days of Court approval of the settlement. Doc. 39; *see also* Doc. 37-1, ¶ 1(a)-(b). Plaintiff requested the case be re-opened to pursue default against Defendants. Doc. 39.

The action was re-opened and Defendant was directed to respond. Doc. 40. On July 18, 2022, the parties reported that they agreed to amend certain terms of the settlement agreement which would increase the settlement amount being paid by Defendants and would postpone the start date for Defendants to make the first payment. Doc. 41. On July 19, 2022, the Court directed the parties to submit a revised agreement for the Court's approval once the agreement was ready. Doc. 42.

As of the date of this Order, the parties have not submitted the revised agreement. The parties are hereby directed to submit the revised agreement for the Court's approval by June 12, 2023. Failure to do so will result in the case being closed.

SO ORDERED.

Dated: June 5, 2023
       New York, New York

_____
Edgardo Ramos, U.S.D.J.