

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

June 13, 2023

<u>**Via ECF**</u>
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

## MEMO ENDORSED

**Re:** *Rodriguez v. Taco Mix LLC, et al.*
**Civil Docket No.: 7:21-cv-03644**

Dear Judge Ramos:

Our office represents Plaintiff in the above referenced matter. This letter is written in response to your Order to submit the revised agreement for your approval. While it was Plaintiff's intent to submit the revised agreement for approval pursuant to Your Honor's order, Defendants have not issued the last settlement installment payment due and have not responded yet to our request for the payment. As such, it is unclear as to whether Plaintiff will be seeking approval of the revised agreement or to move for judgment for default on the settlement.

In light of the foregoing, it is respectfully requested that the parties receive a two-week extension to <u>June 26, 2023</u> to either submit the revised agreement or otherwise move should Defendants remain in default concerning the settlement.

We thank Your Honor kindly for your consideration of this request.

Plaintiff's request for an extension, until June 26, 2023, to submit the revised agreement or otherwise move is granted. Failure to do so will result in the case being closed. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: June 13, 2023
New York, New York

Very truly yours,

*/s/ Matthew Madzelan*
Matthew Madzelan, Esq.