

**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

## MEMO ENDORSED

June 26, 2023

<u>Via ECF</u>
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

                Re: *Rodriguez v. Taco Mix LLC, et al.*
                **Civil Docket No.: 7:21-cv-03644**

Dear Judge Ramos:

    Our office represents Plaintiff in the above referenced matter. This letter is written in response to your Order to submit the revised agreement for your approval or to move for other relief.

    Any outstanding installments payments previously referenced by Plaintiff have been provided by Defendants and the Parties wish to proceed with approval of the updated Settlement Agreement. A copy of the updated Settlement Agreement has been executed and a draft of the updated letter motion for settlement approval has been prepared and sent to defense counsel for review prior to submission. Accordingly, it is respectfully requested that the Parties receive a short extension to <u>June 29, 2023</u>, to finalize and submit the Parties' motion for approval of the updated Settlement Agreement. This is the second request for an extension.

    We thank Your Honor kindly for your consideration of this request.

                            Very truly yours,

                            */s/ Matthew Madzelan*
                            Matthew Madzelan, Esq.

---

Plaintiff's request for an extension, until June 29, 2023, to submit the motion for approval of the updated settlement agreement is granted. SO ORDERED.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: June 27, 2023
New York, New York

---

5 Penn Plaza, 23rd Floor
New York, NY 10001

1629 K Street, NW, Suite 300
Washington, DC 20006

10750 NW 6th Court
Miami, FL 33168