UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMINIO RODRIGUEZ,

                Plaintiff,

v.

TACO MIX LLC, TACO MIX II LLC, TACO MIX III LLC, TACO MIX BROOKLYN LLC, TACO MIX STATEN ISLAND LLC, JORGE SANCHEZ, ALEJO SANCHEZ, and JOANNA SANCHEZ,

                Defendants.

**ORDER**

21-cv-03644 (ER)

RAMOS, D.J.

On July 5, 2023, the Court denied the parties' request for settlement approval because the non-disparagement clause was not fair and reasonable. Doc. 49. The Court instructed the parties to submit a revised agreement by July 10, 2023. *Id*. As the deadline for the revised agreement has now passed, the Court directs the parties to submit a joint status update by November 14, 2023, as to how they intend to proceed. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated:   November 7, 2023
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.